United States District Court
Southern District of Texas
**ENTERED**
June 14, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENT EUGENE ANDERSON, TDCJ #1474470, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-21-1889 |
| UNITED STATES OF AMERICA, et al., | § § § | |
| Respondents. | § § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 14th day of June, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE